IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR 193-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MIGUEL QUINTANAR-FLORES ) <br> ) | **BILL OF INDICTMENT** <br><br> Violation: 8 U.S.C. § 1326(a) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 8, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**MIGUEL QUINTANAR-FLORES**

an alien, knowingly reentered the United States after having been removed therefrom on or about March 1, 2014, at or near Brownsville, Texas, on or about January 10, 2015, at or near Laredo, Texas, on or about March 2, 2016, at or near Brownsville, Texas, and on or about March 15, 2016, at or near Brownsville, Texas, after not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

▬▬▬▬▬▬▬▬▬▬
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Kenneth M. Smith*
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY