Timothy Bruce Couse
14729 Lyon Hill Lane
Huntersville, NC 28278
tbcinnc@gmail.com
704-572-3777

July 18, 2025

Dear Sirs:

My name is Timothy Bruce Couse. I am a United States Citizen born in New York in 1968. I moved to North Carolina in 1988 and have lived here since. I reside in the town of Huntersville and have lived here since 1993. I have owned 4 successful businesses since 1995, 3 of which have been sold.

Miguel Quintanar first came to work for me when he was 20 years old. He was respectful, hard working, eager to learn and funny from the first day! He quickly became part of my family and was always invited and welcomed at our table, for holidays and special events. My parents and sister always welcomed Miguel, and my sons treat him as an older brother, even now at 24 and 26 years old.

Miguel has been by my side through good times and bad for more than 17 years. He was there to support me when I got divorced and had to move out of my home. When I had to sell one of my companies as part of my divorce settlement, Miguel understood it was just temporary until I would hire him again at another one of my companies. As soon as my business grew and we needed help, I called Miguel and asked if he would work for me again. His response was "I was waiting for you to ask me to come home".

Eventually, I met and moved into my current home with my domestic partner, Maria Green, in 2015. Miguel was there to help me move. Maria and her two children also welcomed Miguel as an extension of my family. They saw the love and respect we had for one another...so Miguel became an extension of our blended family together. Miguel was there to support me and my family when I went through 3 years of constant medical issues with extensive abdominal surgeries and countless complications, as I was in and out of the hospital more times than I care to remember. When we needed him, he was there to help in any capacity we needed...just like family should be.

Miguel regularly attends holidays and celebrations in our blended home, including Maria's daughters 16th and 18th birthday celebrations. He is a rock that we count on, and he counts on us to be his extended family as well. That is why I am writing this letter. Miguel thinks of me as his father figure, and I see him as my son.


Scanned with CamScanner

A few years ago, Miguel wanted to purchase a home. He asked me if I could help him achieve that dream financially. I was glad to loan him money when he asked because I knew he would work hard to repay that loan, it was not a handout. Miguel's dream became a reality at 337 Esplanade Street in Charlotte, NC. He has always helped other people in the community when they needed a place to stay, because that is the type of man he is.

Miguel has worked directly for me in two of my businesses in the decorative concrete industry. He is an excellent craftsman and is very talented and together we created some beautiful projects. Miguel trained contractors to install Decorative Concrete products, provided support and instruction in the office, and was in the field helping them do installations. His knowledge and care earned him the respect of many business owners locally. Many of which have written letters of recommendation for him to be read by the court. While he was helping these other contractors, he got a better taste of what it was like to work for himself. A little over two years ago he came into my office practically in tears because he wanted my permission to leave and pursue growing a business of his own. It was a hard day for both of us!

Since then, Miguel has flourished and has done subcontracting for many reputable local contractors in the area as well as growing his own business naturally. Miguel is providing jobs for people in the community that support many families.... including Maria's son. Miguel asked Joe Green to work for him to handle marketing and business affairs earlier this year. Joe did not hesitate to join Miguel's team using the business skills he learned in college at UNC Charlotte.

In addition to our family, Miguel has the support of his long-time partner Lesly Arias and her family. Lesly is always there by his side to support Miguel. Maria and I have witnessed their tremendous support and love for each other, as have all of our children. Friendships have even been built between Lesly's daughter Ashley and Joe Green (Maria's son) through their mutual connections with Miguel.

The outpouring of love and support from the community Miguel has built by being a kind, loving, dedicated member of society has been overwhelming. Several people that know and respect Miguel have reached out to Lesly or I offering to sponsor Miguel. We will bring people of all ages to court to stand for Miguel and testify to what a great man he is. He is someone who has always given back to the community in which he is a part of! That community is ready to represent him as well.

When Miguel is released, I will make sure that he is financially supported and cared for 100%. He will be staying with his long time partner Lesly Arias at her home in Charlotte. The address is 5234 Grenelefe Village Road, Charlotte, NC 28269. Both Lesly and I will ensure that he makes all his appointments and any hearings that may arise in this case.

Please take this into consideration. He is my friend and my family!

Sincerely, Timothy Couse

Scanned with CamScanner

July 15, 2025

Julie DeCastro
1806 Long Paw Lane
Charlotte, NC 28214

Dear Sir/Madam,

My name is Julie DeCastro, and I am writing to give my recommendation and support to Miguel Flores. I am the office manager for Turning Point Supply where Miguel shops. I have known him for over four years and have observed a kind and generous man, who never hesitates to be helpful or give encouragement and is the hardest worker I have ever met.

I taught Portuguese to the JFK Special OPS Community for 12 years at the Fort Bragg Special Warfare Center, so I recognize an honorable person when I see one. Miguel is such a person.

When other contractors need help with a new technique, Miguel gives them pointers. When a friend needs help pressure repairing their house, they call Miguel. And, when a middle-aged divorcee (Julie DeCastro) has no one to help her move he comes to the rescue. All with no expectation of being remunerated, just a good heart.

This is the sort of person that this country needs.

In summary, Miguel Flores is an exceptional individual professionally and in his personal life. I support him 100% and I am available for any questions you may have.

Sincerely,

Julie DeCastro
843-327-2728
Juliejoym01@yahoo.com

# Letter of Recommendation - Miguel Flores

Joseph Green
14729 Lyon Hill Ln
704-728-9689
joseph.green1738@gmail.com

My name is Joseph Green, and I live in Charlotte, NC. I've known Miguel Flores since I was about 11 years old. He worked closely with my stepdad, Tim, for many years, and over time became more than just a family friend. Miguel has helped us with everything from moving furniture to fixing things around the house, and he's been a regular part of our family gatherings during the holidays.

I'm now 24 and currently work for Miguel at his decorative concrete company. In all the years I've known him, Miguel has always been honest, hardworking, and loyal. He genuinely cares about the people in his life and takes pride in helping others. The business he's built supports not just his own family, but also the families of his employees, and that speaks volumes about who he is.

Miguel has had a real impact on my life and on the lives of many others. I'm proud to work with him and even prouder to call him family.

Signed,

Joseph Green

*[signature: Joe Green]*

Kyle Slinde
2320 Maplecrest Dr.
Charlotte, NC 28212
(910) 391-5630

Date: July 14, 2025

To Whom This May Concern,

My name is Kyle Slinde, and I am proud to offer my recommendation of Miguel Quintanar Flores. I have personally known Miguel Quintanar Flores for 3 years as my friend.

Throughout my relationship with Miguel Quintanar Flores, I have experienced a responsible and thoughtful individual who consistently strives to be a model member of the community. In addition, Miguel Quintanar Flores is a diligent worker, a devoted family person, and an individual of strong moral character and judgment.

I am thus confident in my belief that, moving forward, Miguel Quintanar Flores will continue to work toward the betterment of our community and seek to rectify any mistakes they may have made in the past. It is my sincere hope that the court will take this letter into consideration in its decision making.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Signature: _____ Date: July 14, 2025

Printed: Kyle Slinde

# Letter of Recommendation - Miguel Flores

Maria Green

7047749812

joecoolsmom2001@yahoo.com

14729 Lyon Hill Ln


I have known Miguel Flores for over 10 years. Miguel worked with my partner, Tim, since he was a young man. Miguel has always been extremely kind, caring, and has volunteered to help our family out any time it was needed. When Tim had a very invasive surgery on both of his knees, it was Miguel who showed up to check in on him and help in any way he could.

Miguel works so hard to provide for his family and those around him, and he is extremely well respected throughout the community. Miguel has earned his way to being one of the most respected individuals throughout the concrete industry, through his hard work, attention to detail, and wonderful personality.

Signed,

Maria Green

*[signature: Maria Green]*

To Whom it may Concern,

I'm writing this letter on behalf of Miguel Quintanar Flores.

I Kimberly Parga have known him for at least 10+ years. He's the kind of person that would give you the shirt off his back to help you. I've never seen him any different. He's very loyal and sincere about his business making sure every client is satisfied with the jobs he does meets their expectations. I've never had any complaints. I've never seen anyone work as much as he does or as hard. My husband always told him he is a brother to him and will always be part of my family.

Thank you
Kimberly Parga

7-15-2025

To Whom It May Concern,

My name is Paul Schoonmaker, and I am the owner of Concrete Coating Pros. I am writing this letter on behalf of Miguel Flores, who has worked as a subcontractor with my company for over two years. During this time, Miguel has consistently demonstrated exceptional skill, integrity, and dedication--qualities that are increasingly rare in any profession.

Miguel is, without a doubt, one of the hardest working individuals I have ever had the pleasure to work with. His attention to detail, reliability, and pride in his craft have not only elevated the quality of our work but have also contributed directly to the growth and success of my business. He approaches every job with professionalism and a positive attitude, regardless of the challenges presented.

Beyond his role on the job site, Miguel is someone I consider a close personal friend. I would trust him without hesitation to watch over my own children. His character is beyond reproach--he is loyal, kind, honest, and deeply caring toward those around him. Miguel treats others with respect and humility, and he has earned the trust and admiration of everyone on our team.

The thought of potentially losing Miguel due to deportation is deeply troubling--not only on a personal level but also for the future of our business. He is an irreplaceable asset to our operations and a valued member of our community. I can say with full confidence that our company would not be where it is today without his contributions.

I respectfully urge you to consider the immeasurable value Miguel brings to our business, his community, and the lives of those fortunate enough to know him. He is not just a worker; he is a person of great worth and integrity who deserves the opportunity to remain here and continue building the life he has worked so hard for.

Please do not hesitate to contact me directly if you need any further information.

Sincerely,

Paul Schoonmaker

Owner, Concrete Coating Pros

Phone: 410.259.3916

Email: Paul@concretecoatingsnc.com

# High Maintenance Floor Care & Janitorial, LLC

---

Terrance L. Jackson

Owner & Operator

High Maintenance Floor Care & Janitorial, LLC

980-389-6660 | highmaintenance4you@gmail.com

7-14-2025

To Whom It May Concern,

I am writing this letter to offer my sincere recommendation for Mr. Miguel Flores in support of his immigration case. I have had the honor of working with Miguel for over seven years through my company, High Maintenance Floor Care & Janitorial, LLC, and in that time, I have come to know him as a hardworking, compassionate, and trustworthy individual.

Miguel is the type of person who constantly puts others before himself. He is deeply committed to his family and friends, and his love for them is reflected in the integrity and passion he brings to his work. His strong moral character, combined with his humility and dependability, makes him an asset to any community.

Professionally, Miguel has made a significant impact in Charlotte, North Carolina. He has not only contributed his skills to countless successful projects but has also taken the initiative to train and mentor a large number of contractors in the area—many of whom would readily vouch for his good character and work ethic.

Miguel is a man of great integrity, and his presence in this country has been nothing but positive. He represents the values of responsibility, loyalty, and service, and I truly believe he deserves the opportunity to continue living and working here.

If you have any questions or require additional information, please do not hesitate to contact me directly.

Sincerely,

Terrance Jackson

Owner & Operator

High Maintenance Floor Care & Janitorial, LLC

# CAROLINA FLOOR SOLUTIONS LLC

John S. Harris

Owner & Operator

Carolina Floor Solutions LLC

704-773-6643 | epoxy.flooring.cfs@gmail.com

7-15-25

To Whom It May Concern,

I am writing to offer my wholehearted recommendation for Miguel Flores, with whom I've had the privilege of working closely as a colleague. In both professional and personal contexts, Miguel has consistently demonstrated a rare combination of expertise, dedication, and integrity that is truly admirable.

Miguel is an exceptionally hardworking individual. His level of commitment to his work goes far beyond what is typically expected. He approaches every task with precision and professionalism, consistently delivering high-quality results. His knowledge and skill in his field are evident, and he brings both insight and reliability to every project he undertakes here at Carolina Floor Solutions LLC.

What truly sets Miguel apart, however, is his character. He is remarkably selfless, always placing the needs of his family, friends, and those around him before his own. His loyalty and sense of responsibility are unwavering, and he gives freely of his time and energy to support others — both in and out of the workplace. He has mentored and trained numerous people and contractors here in the Charlotte area.

In every way, Miguel Flores is a person of strong moral fiber, dependable judgment, and deep compassion. I hold him in the highest regard and have full confidence in his integrity and intentions. I deep down believe that Miguel should deserves the opportunity to continue living and working here. Should you require any further information, please don't hesitate to reach out.

Sincerely,

John Shanklin Harris

Owner & Operator

704-773-6643 | Epoxy.flooring.cfs@gmail.com

7/15/25

To whom may it concern,

   My name is Ashly arias, I have known Miguel flores Quintanar for about 3-4 years. I am 25 years old, and I have never known how it feels to have a father figure until now. Miguel has shown me every day for the past 3 years and half how much he cares about my siblings and me. We have grown to love him like a dad and appreciate him for everything he does for us. Miguel inspires me every day to try hard, he is the reason why I got into the decorative concrete world. Careers wise I was lost and unsure of what I wanted to do and now I sell decorative concrete materials with Lavina grinders and even assist on job sites with him so I can learn how to be the best like him. Miguel always goes out the way to help others, he is known in the concrete world since he has been doing it for so long and I applaud him for being such a hardworking person. Last year 2023 was the first year where I celebrated Father's Day and it was the best feeling ever and not because it was my first time celebrating it because it was someone that deserve to be reminded that they are a great person and they have a good heart. Miguel wakes up every day and tries so hard to be the best he can, a great boss, worker, friend, partner, and simply a great person. He is simply a very good person, and I will always stand by that. This world needs more of him. I know I can count on him for anything I need. He would never turn his back on our family. We all appreciate Miguel, and I will forever be grateful he entered our lives and gives us so much love every day when I know he doesn't have to.


   If you have any questions, please feel free to reach me at 562-254-7461


Thank you -

Ashly arias

From:
William Todd Bennetti
16409 Greenfarm Rd
Huntersville, NC 28078
704-728-1899


Re: Miguel Flores Quintanar

To Whom it may Concern,
I am writing this letter in the hope that it will show the character of Miguel Flores Quintanar. I have known Miguel for approximately five (5) years, and in that time have witnessed both his hard work and dedication to his Concrete Craftsmanship, but also his dedication to helping others. What I have witnessed on multiple occasions is when he is needed by anyone, Miguel will always be there without question or hesitation. I have witnessed Miguel, on far too many occasions to count, his generosity towards others. Even with people he does not know, his willingness to help others is something that all of us need to ascribe to. His kindness to others, as well as his willingness to consistently go the extra mile while at work, is an example of what the American Dream is based upon.
This is why I consider Miguel as one of my dear friends.
There is no reason whatsoever that this man should be held in detention of any kind. If there were more men like Miguel in the world, the world would be a much better place.
I'm providing you with identification to accompany this letter so whomever is reading this will know its source.
Whoever is reading this, I implore you to release him.
This is a good man who is not deserving of his current situation.

Regards
William T. Bennetti

Lesly Maradiaga

5234 grenelefe village rd

Charlotte, NC 28269

Date: July 15, 2025

To whom it may concern,

I am writing to offer my wholehearted recommendation for Miguel Flores. I have known Miguel for four years now and I see him as a father figure. Throughout this relationship, I've known and grown to learn he is a kind, generous spirit. He's a hard worker but that doesn't only define him. He's known to be a supportive, responsible person. Me and my siblings have grown to love him and we very much appreciate everything he has done for us. Recently, we celebrated fathers day and I can honestly say, it was a wonderful feeling having a father figure with us. He's a great boss to his employees, puts in effort every single day to strive to be better, a great partner and great friend to others. I'm grateful he has entered my life. He offers wonderful opportunities to those around him and has a positive impact on everyone, hence these recommendations letters everyone around him has wrote. Miguel is an amiable, brave, bright and courageous person I've come across in a long time. My baby siblings would agree to say the same. I would also like to add Miguel is a man of great integrity and his presence in this country has been nothing but positive. He deserves the opportunity to continue living and working here in the US.


Sincerely,

Lesly Maradiaga

704-303-6187

To Whom It May Concern,

I am writing to provide a character reference for Miguel Quintanar, who I have had the pleasure of working with as his sales representative. Miguel's contributions to the community and his fellow contractors are truly remarkable and speak volumes about his character.

Miguel possesses unmatched enthusiasm and charisma that inspire those around him. His willingness to learn and adapt to new challenges makes him not only an asset in business but also a great friend. He has consistently demonstrated a commitment to supporting small businesses, and his extensive knowledge has been instrumental in helping many of them thrive.

Without Miguel's partnership and expertise, numerous small businesses would have faced significant failures. His dedication to building a collaborative environment and his drive to see others succeed set him apart as a leader in not only our industry, but the Charlotte community as well.

In summary, I vouch for Miguel's integrity and character. He is a true asset to any team and community. If you have any further questions, please don't hesitate to call me at the number listed below.

Sincerely,

Shane Owen

Sales Representative

Gran Quartz

(828) 593-0044



Good morning,

    I would like to write this letter on behalf of Miguel Flores, a close friend of my son Michael. He has come into our home on several occasions and has been incredibly respectful. We have always known him to observe the rules of law and respect his peers. As a friend of my son, I've seen the impact he's had on my son's professional career. He has helped train him and introduced him to many professional contacts. Michael's proximity to Miguel has accelerated his skill set. As a result of working together he has been a wonderful example for my son to contribute to his community. I ask that he be considered for a work permit. Our economy, community, and family have improved by Miguel.

Regards,

Robert Means
07/14/2025

# recomendation letter

De: Oscar Menendez (omenendez@cspsusa.com)
Para: ashly.arias@yahoo.es
CC: mmeans@ncproconstruction.com
Fecha: martes, 15 de julio de 2025, 11:44 GMT-4

To Whom It May Concern,

I have had the pleasure of working with Miguel Flores as a subcontractor for our company for just over three years. During this time, he has consistently demonstrated exceptional professionalism, a strong work ethic, and genuine care for both clients and colleagues.

Miguel approaches every project with dedication, reliability, and integrity. He treats others with respect, communicates clearly, and always strives to exceed expectations.

I wholeheartedly recommend Miguel Flores without reservation. He is not only an outstanding professional but also a person of high character, and I am confident that he would be a valuable asset to any team or project.

Sincerely,

Oscar Menendez

