SOSID: 2692631
Date Filed: 8/22/2023 4:14:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C2023 234 00765

*State of North Carolina*
*Department of the Secretary of State*

# Limited Liability Company
## ARTICLES OF ORGANIZATION

Pursuant to §57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: Miguel Flores Premium Concrete Design Co LLC
   (See Item 1 of the Instructions for appropriate entity designation)

2. The name and address of each person executing these articles of organization is as follows: (State whether each person is executing these articles of organization in the capacity of a member, organizer or both by checking all applicable boxes.) **Note: This document must be signed by all persons listed.**

| Name | Business Address | Capacity |
|---|---|---|
| Miguel Angel Quintanar-Flores | - 337 Esplanade St Charlotte NC, 28262-2564 United States | ☒ Member ☒ Organizer |
| | | ☐ Member ☐ Organizer |
| | | ☐ Member ☐ Organizer |

3. The name of the initial registered agent is: Miguel Angel Quintanar-Flores

4. The street address and county of the initial registered agent office of the limited liability company is:

   Number and Street 337 Esplanade St

   City Charlotte State: NC ZipCode: 28262-2564 County: Mecklenburg

5. The mailing address, if different from the street address, of the initial registered agent office is:

   Number and Street ______

   City ______ State: NC Zip Code: ______ County: ______

6. Principal office information: (Select either a or b.)

   a. ☐ The limited liability company has a principal office.

   The principal office telephone number: ______

   The street address and county of the principal office of the limited liability company is:

   Number and Street: ______

   City: ______ State: ______ Zip Code: ______ County: ______

The mailing address, if different from the street address, of the principal office of the company is:

Number and Street: ______________________________

City: ______________ State: ______ Zip Code: ________ County: ____________

b. [■] The limited liability company does not have a principal office.

7. Any other provisions which the limited liability company elects to include (e.g., the purpose of the entity) are attached.

8. **(Optional):** Listing of Company Officials (See instructions on the importance of listing the company officials in the creation document.

| Name | Title | Business Address |
|---|---|---|
| | | |
| | | |

9. **(Optional):** Please provide a business e-mail address: Privacy Redaction
The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided will not be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

10. These articles will be effective upon filing, unless a future date is specified:

______________________________

This is the 22nd day of August, 2023.

______________________________

Miguel Angel Quintanar-Flores
Signature

Miguel Angel Quintanar-Flores Member/Organizer
Type or Print Name and Title

---

The below space to be used if more than one organizer or member is listed in Item #2 above.

______________________ ______________________

Signature Signature

______________________ ______________________

Type or Print Name and Title Type or Print Name and Title

**NOTE:**

1. Filing fee is $125. This document must be filed with the Secretary of State.



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 07/23/2025

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER 980-339-9133 704-664-1023 | CONTACT NAME: Andy Perez | |
|---|---|---|
| Southlake Insurance Associates, Inc | PHONE (A/C, No, Ext): 980-339-9133 | FAX (A/C, No): 704-664-1023 |
| 836 Williamson Rd, Ste A | E-MAIL ADDRESS: andy@southlakeinc.com | |
| Mooresville, NC 28117 | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : GENERAL INS CO OF AMER | 24732 |
| INSURED 704-606-0507 | INSURER B : HARTFORD FIRE INS CO | 19682 |
| Miguel Flores Premium Concrete Design Co LLC | INSURER C : | |
| 337 Esplanade St | INSURER D : | |
| Charlotte, NC 28262 | INSURER E : | |
| | INSURER F : | |

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ✓ COMMERCIAL GENERAL LIABILITY; CLAIMS-MADE ✓ OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: ✓ POLICY PRO-JECT LOC; OTHER: | | | BWG66704240 | 08/30/2024 | 08/30/2025 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 15,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY; ANY AUTO; OWNED AUTOS ONLY; SCHEDULED AUTOS; HIRED AUTOS ONLY; NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR; EXCESS LIAB CLAIMS-MADE; DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N; ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | 22WECAZ9DAW | 08/30/2024 | 08/30/2025 | ✓ PER STATUTE OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER Phone : Fax: | CANCELLATION |
|---|---|
| Evidence of Insurance | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.** |
| | AUTHORIZED REPRESENTATIVE: [signature] Andy Perez |

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# Miguel Flores Premium Concrete Design Co LLC

## Filings

- Creation Filing
    - 8/22/2023
    - C202323400765
    - Articles of Organization Limited Liability
    - View Filing(PDF)
- Notice Annual Report
    - 8/26/2024
    - C202424027290
    - ADM Notice
    - View Filing(PDF)
- Destruction Filing
    - 11/20/2024
    - C202432545593
    - ADM Dissolution
    - View Filing(PDF)
- Reinstatement
    - 1/29/2025
    - C202502905234
    - ADM Reinstatement LLC
    - View Filing(PDF)
- Annual Report
    - 1/29/2025
    - CA202502905236
    - Annual Report LLC
    - View Filing(PDF)
- Annual Report
    - 3/12/2025
    - CA202507107488

- Annual Report LLC
  - View Filing(PDF)
- Amendment
  - 7/24/2025
  - C202520402410
  - Amendment of Articles of Organization
  - View Filing(PDF)

Return to top

### Other Agencies

NC Gov

State Board of Elections

North Carolina Birth Certificate Information

North Carolina State Bar

North Carolina Department of Commerce

North Carolina Department of Revenue

All North Carolina Government Organizations

### Links of Interest

National Association of Secretaries of State

Intellectual Property

NASAA - North American Securities Administrators Association

North Carolina Consular Corps

Secretary of State Disclaimer & Privacy

Hours of Operation Monday - Friday 8:00 am - 5:00 pm

SOSKB
Secretary of State Knowledge Base

North Carolina Secretary of State's Office

**Contact Us**

919-814-5400 Support Division Directory


Official website of the State of North Carolina Here's how you know

Secretary of State
Elaine F. Marshall

MENU

Home Business Registration Search Limited Liability Company

# Limited Liability Company

## Actions

- File an Annual Report/Amend an Annual Report
- Online Filing
- Order a Document Online
- Add Entity to My Email Notification List
- View Filings
- Print a Pre-Populated Annual Report form
- Print an Amended a Annual Report form

**Legal name:** Miguel Flores Premium Concrete Design Co LLC

**Secretary of State Identification Number (SOSID):** 2692631

**Status:** Current-Active

**Citizenship:** Domestic

**Date formed:** 8/22/2023

**Registered agent:** Miguel Angel Quintanar-Flores

**mailing address**

337 Esplanade St
Charlotte, NC 28262-2564

**Principal office address**

337 Esplanade St
Charlotte, NC 28262-2564

**Registered office address**

337 Esplanade St
Charlotte, NC 28262-2564

**Registered mailing address**

337 Esplanade St
Charlotte, NC 28262-2564

**Company officials**

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

- **Manager**

  Timothy Bruce Couse

  14729 Lyon Hill Ln
  Huntersville NC 28078

- **Member**

  Timothy Bruce Couse

  14729 Lyon Hill Ln
  Huntersville NC 28078

- **Member**

  Miguel Angel Quintanar-flores

  337 Esplanade St
  Charlotte NC 28262-2564

**Other Agencies**

NC Gov

State Board of Elections

North Carolina Birth Certificate Information

North Carolina State Bar

North Carolina Department of Commerce

North Carolina Department of Revenue

All North Carolina Government Organizations

**Links of Interest**

National Association of Secretaries of State

Intellectual Property

NASAA - North American Securities Administrators Association

North Carolina Consular Corps

Secretary of State Disclaimer & Privacy

Hours of Operation Monday - Friday 8:00 am - 5:00 pm